**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

In the Interest of Resean L., A Juvenile under the Age of Seventeen (17), Appellant.

Appellate Case No. 2011-197267

Appeal From Richland County
W. Thomas Sprott, Jr., Family Court Judge

Memorandum Opinion No. 2013-MO-014
Heard March 20, 2013 – Filed April 24, 2013

**REVERSED**

Appellate Defender Robert M. Pachak, of Columbia for Appellant.

Attorney General Alan McCrory Wilson, Chief Deputy Attorney General John W. McIntosh, Senior Assistant Deputy Attorney General Salley W. Elliott, Assistant Attorney General William M. Blitch, Jr., Daniel Edward Johnson, and all of Columbia, for Respondent.

**PER CURIAM:** Reversed pursuant to Rule 220(b)(1), SCACR, and the following authorities:  *State v. Arnold*, 361 S.C. 386, 605 S.E.2d 529 (2004) (directed verdict standard); *In re Walter M*., 386 S.C. 387, 688 S.E.2d 133 (Ct. App. 2009) (directed verdict standard in juvenile proceedings).

**REVERSED.**

**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.**